# CASE ANNOUNCEMENTS
## September 30, 2009

[Cite as *09/30/2009 Case Announcements*, 2009-Ohio-5031.]

## MERIT DECISIONS WITHOUT OPINIONS

2009–1288. [State ex rel.] Looper v. Ohio State Univ.

In Mandamus. On relator's complaint in mandamus and motion for contempt and respondent's answer. On S.Ct.Prac.R. X(5) determination, cause dismissed. Motion for contempt denied as moot.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1293. [State ex rel.] Freeman v. Schneider.

In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1299. [State ex rel.] Broadnax v. Wiseman.

In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1300. [State ex rel.] *Body v. Hall.*

In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1314. [State ex rel.] Tylicki v. O'Brien.

In Prohibition. On complaint in prohibition or, in the alternative, complaint in mandamus of Raymond Tylicki. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1315. State ex rel. Howe v. Collins.

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur. O'DONNELL, J., dissents and would grant an alternative writ.

2009–1329. State ex rel. Taylor v. McMonagle.

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2009–1335. [State ex rel.] Turns v. Hogan.

In Mandamus. On relator's complaint in mandamus and motion for preliminary injunction and respondents' motion to dismiss. Motion to dismiss granted. Motion for preliminary injunction denied as moot. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.